1  A. J. SHARP, ESQ.
   Nevada Bar No. 11457
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendants*
   *Wal-Mart Stores, Inc. and*
6  *Wal-Mart Stores East, LP*

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 MEGAN ORTIZ, An Individual and Resident    Case No.: 2:13-cv-00730-GMN-VCF
11 of Nevada;
                                              **STIPULATION AND ORDER FOR**
12              Plaintiff,                    **DISMISSAL WITH PREJUDICE**
13 v.

14 WAL-MART STORES, INC., a Delaware
   corporation; WAL-MART STORES EAST, LP,
15 a Delaware corporation, dba WAL-MART; and
   DOE individuals I-V; XYX Partnerships I-V;
16 and ABC Corporations I-V,

17              Defendants.

18

19   IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

20 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1 | party's own costs and attorney's fees.

2 | DATED this ___ day of _____, 2014.        DATED this 24th day of April, 2014.

3 | **DINGMAN LAW OFFICES**                        **PHILLIPS, SPALLAS & ANGSTADT**

_____                 _____
Dustin Dingman, Esq.                            A. J. Sharp, Esq.
504 East St. Louis Avenue                       504 South Ninth Street
Las Vegas, Nevada 89104                         Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                       *Attorneys for Defendants*
*Megan Ortiz*                                   *Wal-Mart Stores, Inc. and*
                                                *Wal-Mart Stores East, LP*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

**DATED** this 24th day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court